United States District Court
Southern District of Texas
**ENTERED**
September 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MARLON ALONSO RAMIREZ BENAVIDEZ, "Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00816 |
| TODD BLANCHE, in his official capacity, United States Attorney General, *et al.*, "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" ("Petition") (Dkt. No. 1) and "Magistrate Judge's Report and Recommendation" ("Report and Recommendation") (Dkt. No. 4).

The Report and Recommendation was published on August 17, 2026, and objections to the Report and Recommendation were due on August 31, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 4) is **ADOPTED**. Thus, Plaintiff's Petition (Dkt. No. 1) is **DENIED**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this September 3, 2026

Rolando Olvera
United States District Judge